**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| RENEE MAZER, | : No. 69 MM 2019 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| SUSAN CORNBLUTH, BROOKE GLEN | : |
| BEHAVIORAL HOSPITAL, AND | : |
| GHOSALA RAGHAVA REDDY M.D., | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 9th day of September, 2019, the Petition for Allowance of Appeal, treated as a Petition for Review is DENIED.